1
2
3
4
5
6
7
8
9
10
11
12

UNITED STATES DISTRICT COURT

13

CENTRAL DISTRICT OF CALIFORNIA

14
15

WESTERN DIVISION

16
17   DELTA AIR LINES, INC.,                   )
18          Plaintiff,                        )
                                              )
19                                            )  Case No. CV14-04439-R-SH
     v.                                       )
20                                            )
21   DELTA TRAVEL LLC, *et al.*,              )  **STIPULATED INJUNCTION AS TO**
                                              )  **DEFENDANTS DELTA TRAVEL**
22          Defendants.                       )  **LLC AND ERIC SHUMAN**
                                              )
23   _____
24
25
26
27
28

**STIPULATED INJUNCTION AS TO DEFENDANTS DELTA TRAVEL LLC AND ERIC SHUMAN**

Based on the stipulation of Plaintiff Delta Air Lines, Inc. ("Plaintiff" or "Delta") and Defendants Delta Travel LLC ("Delta Travel Services") and Eric Shuman ("Shuman") (together the "Enjoined Defendants"), and finding Good Cause, IT IS HEREBY ORDERED

1.     The entry of a Preliminary Injunction against the Enjoined Parties shall be entered on the following terms.

**2.          DEFINITIONS.**

"Delta Marks" means and includes the following registered marks, all of which are owned solely by Delta:

| Reg. No. | Mark | Registration Date |
|---|---|---|
| 0523611 | DELTA AIR LINES | April 4, 1950 |
| 0654915 | DELTA | November 19, 1957 |
| 0802405 | DELTAMATIC | January 18, 1966 |
| 0963228 | DELTA AIR LINES (IN OVAL LOGO) | July 3, 1973 |
| 0970418 | DELTA AIR LINES | October 9, 1973 |
| 1428763 | DELTA CONNECTION | February 10, 1987 |
| 1703774 | DELTA SHUTTLE | July 28, 1992 |
| 1733703 | DELTA CENTER | November 17, 1992 |
| 1740294 | DELTA CENTER (WITH WIDGET LOGO) | December 15, 1992 |
| 2058985 | DELTA & 1960 AIRCRAFT DESIGN | May 6, 1997 |
| 2408003 | DELTA VACATIONS | November 28, 2000 |
| 2662451 | DELTA AIRELITE | December 17, 2002 |
| 2980826 | DELTA CONNECTION | August 2, 2005 |
| 3890727 | DELTA SKY CLUB | December 14, 2010 |
| 3994004 | DELTA ASSIST | July 12, 2011 |
| 0704103 | WIDGET LOGO | September 6, 1960 |
| 1143697 | WIDGET (OPEN) | December 16, 1980 |
| 2556013 | WIDGET LOGO | April 2, 2002 |
| 1968255 | SKYMILES | April 16, 1996 |

**3.          PRELIMINARY INJUNCTION.**

Until the final disposition of this case or other intervening order of this Court, the Enjoined Defendants – Delta Travel and Shuman, are restrained and enjoined from:

2

A. creating, printing, shipping, delivering, mailing, distributing, collecting, returning, knowingly profiting from, or using in any manner documents or materials bearing the name "Delta" as it relates in any form, way, or manner to:

B.   the airline industry, including air transportation services;

C.   the travel industry, including, but not limited to, travel clubs, vacation clubs, timeshare management and sales, airfare-related giveaways, promotions, or premiums, and/or all other travel-related services or products; and/or

D.   the Delta Marks, including any reproduction, counterfeit, copy, or colorable imitation thereof;

E. making any statement or representation via any medium, whether oral or written, to the effect that they or any other Defendant herein was or is:

1. affiliated with Delta;

2. an agent, partner, or contractor of Delta; and/or

3. otherwise acting on behalf of Delta or with the authorization, approval, consent, or ratification of Delta;

F. otherwise using the Delta name or any Delta Mark in any way in relation to the operation and marketing of these Defendants' current or future businesses and commercial pursuits;

G. (d) participating in, aiding, abetting, enabling, encouraging, ratifying, assisting

3

in, profiting from, inducing, conspiring to carry out, directing, contracting for, and/or otherwise contributing to the commission of any act that would be a violation of this Preliminary Injunction if performed or carried out by an enjoined person or entity; and

H.  destroying or otherwise disposing of any products, digital storage media, items, merchandise, business records, or other documents of any sort or type:

1.  that memorialize, arise from, touch upon, or relate to in any way to any contractual or business relationship involving one or more of the Defendants listed in the style of this case;

2.  that bear or contain the Delta name and/or Delta Marks and/or any reproduction, counterfeit, copy, or colorable imitation thereof; and/or

3.  the destruction or disposal of which would otherwise violate an  enjoined Defendant's document retention obligations pursuant to Federal Rule of Civil Procedure 26 and other applicable federal law.

I.  Enjoined Defendants agree to waive any requirement that Plaintiff post an undertaking or bond underlying this Preliminary Injunction.

**IT IS SO ORDERED** this 30th  day of July, 2014.

_____
Honorable Manuel L. Real
United State District Court, Judge Presiding

4

**STIPULATED INJUNCTION AS TO DEFENDANTS DELTA TRAVEL LLC AND ERIC SHUMAN**

CONSENTED TO BY:

_____

Paul F. Wellborn III (GA BN 746720)
 *pete@wellbornlaw.com*
Kelly O. Wallace (GA BN 734166)
 *kelly@wellbornlaw.com*
Jamie Woodard (GA BN 775792)
 *jamie@wellbornlaw.com*
WELLBORN, WALLACE & WOODARD, LLC
1175 Peachtree St., NE
100 Colony Square, Suite 300
Atlanta, Georgia 30361
Phone:   (404) 815-9595
Fax:       (404) 815-9957

Orlando F. Cabanday (SBN 168131)
 *orlando@cabandaylawgroup.com*
CABANDAY LAW GROUP
21151 S. Western Avenue, Suite 130
Torrance, CA 90501
Phone:  (310) 997-2558
Fax:       (310) 984-1735

Attorneys for Plaintiff Delta Air Lines, Inc.

_____

Steven J. Shapero
 *sshapero@shaperohurst.com*
SHAPERO, SHAPERO & HURST
5950 Canoga Avenue, Suite 404
Woodland Hills, California 91367
Phone:  (818) 710-1200
Fax:       (818) 710-1447

Attorney for Defendants Delta Travel, LLC,
and Eric Shuman