UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
<u>CIVIL MINUTES - GENERAL</u>

CASE NO.:   CV-14-4439-R                            DATE: September 3, 2014

TITLE:   DELTA AIRLINES, INC. - V. - DELTA TRAVEL LLC, et al.
===============================================================
PRESENT:  <u>HON. MANUEL L. REAL, UNITED STATES DISTRICT JUDGE</u>

<u>Christine Chung</u>                                 <u>   N/A    </u>
Deputy Clerk                                        Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:        ATTORNEYS PRESENT FOR DEFENDANT:

Not present                                         Not present


PROCEEDINGS: ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF
             PROSECUTION

    Plaintiff(s) is ordered to show cause in writing no later than **September 12, 2014** why this action should not be dismissed for lack of prosecution against Defendant Travel Services.

    The Court will consider the filing of the following, as an appropriate response to this OSC, on or before the above date:

    **- Plaintiff's filing of a noticed motion for entry of default judgment,**
     as to the defendant whom default has been entered against.

    In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, no oral argument on this Order to Show Cause will be heard unless ordered by the Court.  The Order will stand submitted upon the filing of the response to the Order to Show Cause.  Failure to respond to the Court's Order result in the dismissal of the action


**MINUTES FORM II**                                       Initials of Deputy Clerk __CCH__
**CIVIL - GEN**