# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELTA AIR LINES, INC., a Delaware Corporation,<br><br>    Plaintiff,<br><br> v.<br><br>DELTA TRAVEL LLC, a Nevada limited liability company; Eric Shuman, a California resident; Travel Services, a/k/a mytsonline.com, aka Global International, an unknown California entity; and DOES 1 THROUGH 10,<br><br>Defendants. | Case No. CV14-04439 R(Shx)<br>Assigned to: Hon. M. Real<br><br><br>JUDGMENT |

WHEREAS, this Court, having granted (in part) Plaintiff Delta Air Lines, Inc.'s ("Plaintiff") Motion for Partial Summary Judgment as to Defendant Eric Shuman [DE 48] in its October 19, 2015 Order [DE 66];

WHEREAS, this Court having granted (in part) Plaintiff's Motion for Default Judgment as to Defendant Delta Travel, LLC [DE 70] and Motion for Default Judgment as to Defendant Travel Services, LLC [DE 71] in its March 28, 2016 Order [DE 83]; and

WHEREAS, this Court having granted (in part) Plaintiff's Motion for Attorney's Fees [DE 69] in its March 28, 2016 Order [DE 84]; AND

WHEREAS, this Court having denied Plaintiff's Motion for Election of Statutory Damages [DE 74] in its March 28, 2016 Order [DE 84];

IT IS HEREBY ORDERED AND ADJUDGED, that Defendants Eric Shuman, Delta Travel, LLC, and Travel Services a/k/a MyTSOnline.com a/k/a Global International are permanently enjoined from further infringement as detailed in the above-cited Orders;

IT IS FURTHER ORDERED AND ADJUDGED that the Plaintiff, Delta Air Lines, Inc. recover from Defendant Eric Shuman the attorney's fees in the amount of $249,638.14 and allowable costs in the amount of $400.00.

IT IS SO ORDERED this 3rd day of August, 2016.

_____
MANUEL L. REAL
UNITED STATES DISTRICT JUDGE

1

2  Submitted by:

3  **CABANDAY LAW GROUP**

4  -- and –

5  **WELLBORN, WALLACE & WOODARD LLP**

6  By: /S/ Orlando F. Cabanday

7  ORLANDO F. CABANDAY
   Attorneys for Plaintiff DELTA AIR LINES, INC

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28